UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY ERWAY, as Parent of Minor Child J.E.,<br>　　　　Plaintiff<br><br>vs.<br><br>UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION, UNITED STATES OF AMERICA, and JANE DOE, an Employee of the United States Transportation Security Administration,<br>　　　　Defendants. | **JUDGMENT**<br>**CASE NO. 5:20-CV-141-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the Court's Order dated 10/29/2020, entered at DE-17, Defendants United States Transportation Security Administration and United States of America's Motion to Dismiss is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the Court's Order dated 11/2/2020, entered at DE-18, the Court DISMISSES Plaintiff's *Bivens* claim against Doe for failure to timely effectuate service of process. Fed. R. Civ. P. 4(m). Additionally, the Court DENIED AS MOOT all other motions on the docket in this case.

This Judgment filed and entered on November 2, 2020, and copies to:
Jonathan Corbett and Matthew Gambale (via CM/ECF electronic notification)
Sharon Wilson (via CM/ECF electronic notification)

November 2, 2020

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk